**Order entered September 29, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00333-CR

**JOSHUA RAY ARMSTRONG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 071639**

### ORDER

Before the Court is appellant's September 27, 2021 second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed no later than October 27, 2021. If appellant's brief is not filed by that date, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

/s/    ERIN A. NOWELL
         JUSTICE